UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 MAY 23 AM 9:16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DIRECTV, Inc., a California corporation, )
)
Plaintiff, )
)
v. ) Case No. 04-2510-BP
GREGORY BONTRAGER, )
)
Defendant. )
)

## AGREED ORDER OF COMPROMISE AND DISMISSAL AS TO DEFENDANT GREGORY BONTRAGER

It appearing to the court that the parties have settled all matters in controversy existing between them it is therefore accordingly ORDERED, ADJUDGED AND DECREED by the court that:

The Complaint of the Plaintiff, DIRECTV, Inc. is hereby dismissed without prejudice as to Defendant GREGORY BONTRAGER.

_____
Judge

Respectfully Submitted,

_____
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Antonio L. Matthews (018107)
Twentieth Floor, First Tennessee Building
165 Madison Avenue
Memphis, Tennessee 38103

*Attorneys for DIRECTV, Inc.*

_____
GREGORY BONTRAGER
~~1106 Palmer Street~~ 7416 Jamestown Rd
Dyersburg, Tennessee 38024

*Pro se*

K RRC 174694 v1
2815281-000531  05/11/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02510 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Gregory Bontrager
746 Jamestown Road
Dyersburg, TN 38024

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT