UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY_____ _____D.C.

05 MAY 31  PM 3: 15

CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| DIRECTTV, Inc., a California Corporation, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| GREGORY BONTRAGER, | CASE NO: 04-2510-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Compromise And Dismissal As To Defendant Gregory Bontrager entered on May 23, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

5/31/05
Date

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02510 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Gregory Bontrager
746 Jamestown Road
Dyersburg, TN 38024

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT